IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Dale Epps,<br><br>    Petitioner,<br><br>vs.<br><br>Michael McCall,<br><br>    Defendant. | No. 1:13-cv-873-RMG<br><br>ORDER |

Petitioner Dale Epps is a prisoner proceeding *pro se* in his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Magistrate Judge has issued a Report and Recommendation recommending dismissal of his petition. (Dkt. No. 7). Petitioner's original deadline for filing objections to that Report and Recommendation was May 13, 2013. On May 7, 2013, Petitioner moved this Court for an extension of time to file his objections. (Dkt. No. 10).

The Court GRANTS Petitioner's motion for an extension. Petitioner's objections to the Report and Recommendation are now due on or before May 30, 2013.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
May 8, 2013